# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132078-9

JERRY JAMES STANTON,
      Petitioner-Appellant,

v

CITY OF COLDWATER,
      Respondent-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132078-9
COA: 269221; 269222
Tax Tribunal: 00-313568;
00-307323

On order of the Court, the application for leave to appeal the August 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

p1120